IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELVIA CORDERO, as personal representative
of the ESTATE OF ROBERT MONTES,

    Plaintiff,

v.                                                                                                       Civ. No. 13-31 JCH/GBW

TODD FROATS, PETER BRADLEY,
CODY AUSTIN, and the CITY OF LAS CRUCES,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND AND/OR JOIN PARTIES

On June 14, 2013, Plaintiff filed a motion for an extension of time to amend and/or join parties to this action. *Doc. 26*. Plaintiff argues that she must conduct some discovery in order to determine whether to amend or add new parties. *Id*. Because the Court has stayed discovery pending its ruling on Defendants' motion for summary judgment on the basis of qualified immunity, Plaintiff is currently unable to conduct such discovery. *Id*.; *Doc. 21*. Plaintiff asks that the time to amend or join additional parties be extended to the later of 45 days after the Court's denial of Defendants' motion or 45 days after the Court permits limited discovery regarding Defendants' motion. *Doc. 26*. Defendants do not oppose the motion, pending the disposition of their pending motion for summary judgment. *Doc. 31*.

1

2

Wherefore, IT IS HEREBY ORDERED that the deadline for Plaintiff to amend or add parties shall be extended to 45 days after the Court's denial of Defendants' motion for summary judgment, should the Court deny the motion.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE