IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELVIA CORDERO,

    Plaintiff,

v.                                                             No. 13-cv-0031 SMV/GBW

TODD FROATS, PETER BRADLEY,
CODY AUSTIN, and CITY OF LAS CRUCES,

    Defendants.

**ORDER RESETTING PRETRIAL CONFERENCE AND NON-JURY TRIAL**

    THIS MATTER is before the Court on a telephonic status conference held on March 6, 2017. The following settings and deadlines are hereby imposed.

    A **Pretrial Conference** will be held on **October 30, 2017, at 1:30 p.m.**, in the **Picacho Courtroom in the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico**. The Court will hear argument on [147] Defendants' Objections to Plaintiff's Witness List, [152] Plaintiff's Objections to Defendants' Designations of Deposition Testimony, [146] Defendants' Objections to Plaintiff's Designations of Deposition Testimony, [151] Plaintiff's Objections to Defendants' Exhibits, and [145] Defendants' Objections to Plaintiff's Exhibits. Lead trial counsel must be present for the Pretrial Conference. The parties need not be present.

    The **Non-Jury Trial** will begin on **November 13, 2017, at 9:00 a.m.**, and end no later than **November 21, 2017**, in the **Organ Courtroom in the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico**.

**Witness Lists:** No later than **October 16, 2017,** Defendants must file on the record their Proposed Trial Witness List, as served on Plaintiff on October 21, 2016. *See* [Doc. 137].

**Designations of Deposition Testimony:** No later than **October 16, 2017,** any party intending to introduce deposition testimony at trial, *see* [Docs. 138, 139, 143], must submit to my chambers copies of the deposition transcripts, marked in accordance with D.N.M.LR-Civ. 10.6. The parties should submit the deposition transcripts to vidmarchambers@nmcourt.fed.us.

**Exhibits:** No later than **October 16, 2017,** Defendants must file on the record their Proposed Exhibit List, as submitted to Plaintiff on October 21, 2016. *See* [Doc. 137]. Additionally, no later than **October 16, 2017**, the parties must deliver to my chambers two identical copies of a binder containing the stipulated exhibits. Then, additionally, as to each side's contested exhibits, each side must deliver to my chambers two identical copies of a binder containing its contested exhibits. All exhibits must be marked. Plaintiff's exhibits must be identified with numbers, and Defendants' must be identified with letters (e.g., A, B, C, . . . AA, AB, AC). <u>The identification number or letter will remain the same whether the exhibit is admitted or not.</u> Charts, plats, diagrams, etc., will be marked and ready as to measurements, landmarks, and other identifying factual material before trial.

**Requested Findings of Fact and Conclusions of Law:** No later than **November 6, 2017,** the parties must file requested findings of fact and conclusions of law. The requested findings of fact and conclusions of law should be emailed in a format compatible with Microsoft Word to smvproposedtext@nmcourt.fed.us.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**