IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELVIA CORDERO,

    Plaintiff,

v.                                                                              No. 13-cv-0031 SMV/GBW

TODD FROATS, PETER BRADLEY,
JOSE SANCHEZ, CODY AUSTIN,
and CITY OF LAS CRUCES,

    Defendants.

## ORDER SETTING SECOND IN-PERSON EVIDENTIARY HEARING

| | |
|---|---|
| **Location:** | Organ Courtroom<br>United States Courthouse<br>100 N. Church Street<br>Las Cruces, New Mexico |
| **Date and time:** | April 5, 2018, at 9:30 a.m. |
| **Matters to be heard:** | Attorney's Charging Lien [Doc. 177]<br>Defendants' Motion to Enforce Settlement [Doc. 178] |

After the first in-person evidentiary held on February 22, 2018, it came to the Court's attention that Plaintiff had not received notice of the hearing. Therefore, the in-person evidentiary hearing on Plaintiff's counsel's Attorney's Charging Lien [Doc. 177] and Defendants' Motion to Enforce Settlement [Doc. 178] is re-set for **April 5, 2018, at 9:30 a.m.** in the Organ Courtroom in the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico.

Mr. Lyle may appear via video-conference from Pecos Courtroom of the Pete V. Domenici Courthouse in Albuquerque, New Mexico. If Mr. Lyle prefers to appear in person in Las Cruces, he should notify chambers as soon as possible.

Any exhibit that Plaintiff, Defendant, or Mr. Lyle wishes to admit into evidence—including those exhibits admitted at the February 22, 2018 hearing—**must be filed on the record *and* copies served on all others no later than March 29, 2018**. Considering that Mr. Lyle plans to appear from Albuquerque, this procedure is necessary to ensure that everyone involved has access to the relevant documents and materials.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**