IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELVIA CORDERO, as Personal Representative
of the ESTATE OF ROBERT MONTES,

    Plaintiff,

v.                            No. 2: 13-CV-00031 SMV/GBW

TODD FROATS, PETER BRADLEY,
JOSE SANCHEZ and CODY AUSTIN,
Individually and in their Official Capacity
as Members of the Las Cruces Police Department
and THE CITY OF LAS CRUCES,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Settlement Agreement and Release of All Claims entered into by the Parties, this action is dismissed with prejudice. The Defendants shall serve a copy of this Order upon Elvia Cordero at 106 East Gallagher Street Las Cruces, New Mexico 88001.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE


Respectfully submitted,

HOLT MYNATT MARTÍNEZ P.C.


By:    /s/ DAMIAN L. MARTÍNEZ
       DAMIAN L. MARTÍNEZ
       New Mexico Bar No. 14678
       P.O. Box 2699
       Las Cruces, NM 88004
       (575) 524-8812
       dlm@hm-law.com
       Attorneys for Defendants

By: /s/ Elvia Cordero, verbally approved 5/31/18
ELVIA CORDERO
Personal Representative of the Estate of
Robert Montes
106 East Gallagher St.
Las Cruces, NM 88001
Pro Se